JANUARY 7, 1991

No. 89–2008. CLINTON, GOVERNOR OF ARKANSAS, ET AL. *v.* JEFFERS ET AL. Affirmed on appeal from D. C. E. D. Ark.

No. 89–1010. YOUNG *v.* NATIONAL CENTER FOR HEALTH SERVICES RESEARCH. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Irwin* v. *Department of Veterans Affairs, ante,* p. 89.

No. 89–1060. LEDSOME *v.* U-BRAND CORP., FOUNDRY DIVISION. Ct. App. Ohio, Ashland County. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Groves* v. *Ring Screw Works, ante,* p. 168.

No. 90–524. CONNECTICUT *v.* GEISLER. App. Ct. Conn. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *New York* v. *Harris,* 495 U. S. 14 (1990).

No. — – ——. CHAMBERS *v.* UNITED STATES DEPARTMENT OF THE ARMY ET AL. Motion of petitioner to dispense with printing a portion of the appendix to the petition for writ of certiorari granted.

No. — – ——. HALL *v.* PENNSYLVANIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. — – ——. AGOMO *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–433. WINSLOW ET UX. *v.* MORGAN COUNTY ET AL. C. A. 10th Cir. Application for stay and injunctive relief, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–457. BROWN *v.* WRENTHAM DISTRICT COURT. Sup. Jud. Ct. Mass. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.